Alexander Mardirossian, Esq.
HM Legal Group
212 S. Palm Ave. Ste. 200
Alhambra, CA 91801
Tel. (818)660-5088
Fax (818)806-9067
Email: HM@HMLegalGroup.com
SBN: 305302

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

---

ZUFFA, LLC d/b/a Ultimate Fighting Championship,

Plaintiff,

-against-

CLAUDETTE FRANCO and JUAN CARLOS FRANCO,
Individually, and as officers, directors, shareholders and/or
principals of SOCAL TACOS BR, INC.

and

SOCAL TACOS BR, INC.,

Defendants.

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Civil Action No.
5:24-CV-00025

COMES NOW PLAINTIFF, ZUFFA, LLC., and upon the affidavit of Alexander Mardirossian, Esq., in support of said application and the exhibits attached thereto, moves this Court for an Order granting the entry of default judgment under 47 U.S.C. § 605(a) on COUNT I and under 17 U.S.C. § 501(a) on COUNT III of the Plaintiff's Complaint against the Defendants, *jointly and severally*, as follows:

**Against CLAUDETTE FRANCO, and JUAN CARLOS FRANCO, Individually, and as officer, director, shareholder, principal, manager and/or member of SOCAL TACOS BR, INC, as follows:**

1) TEN THOUSAND DOLLARS ($10,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and
2) TWENTY-FIVE THOUSAND DOLLARS ($25,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), for Defendant's willful violation of 47 U.S.C. § 605(a);
3) TEN THOUSAND DOLLARS ($10,000.00) pursuant to 17 U.S.C. §504(c)(1); and
4) THIRTY THOUSAND DOLLARS ($30,000.00) pursuant to 17 U.S.C. §504(c)(2), for Defendants' willful violation of 17 U.S.C. §501; and
5) TWO THOUSAND SEVEN HUNDRED AND THIRTY ($2,730) pursuant to 47 U.S.C. §605(e)(3)(B)(iii) and pursuant to 17 U.S.C. §505, in the discretion of the Court, for total costs and attorney's fees;
,

Dated: April 17, 2024
Los Angeles, CA

**ZUFFA, LLC.,**

By: /s/Alexander Mardirossian
ALEXANDER MARDIROSSIAN, ESQ.
Bar Roll No. 305302
HM Legal Group
Resident Counsel for Plaintiff
212 S. Palm Ave. Ste 200
Alhambra, CA 91801
Email: HM@HMLegalGroup.com
Telephone: (818)660-5088
Facsimile: (818)806-9067