1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUFFA, LLC d/b/a Ultimate Fighting Championship,<br><br>Plaintiff,<br><br>v.<br><br>CLAUDETTE FRANCO AND JUAN CARLOS FRANCO, individually, and as officers, directors, shareholders, and/or principles of SOCAL TACOS BR, INC. and SOCAL TACOS BR, INC.,<br><br>Defendants. | Case no. 5:24-cv-00025-JAK (SHKx)<br><br>**JUDGMENT**<br><br>JS-6: Case Closed |

On April 27, 2024, Plaintiff filed a Motion for Default Judgment Against Defendants ("Motion" (Dkt. 41)). On December 4, 2024, an Order issued granting Plaintiff's Motion as to Defendants' liability for the causes of action presented. Dkt. 44. However, a determination of the amount of damages and fees, if any, that would be awarded was deferred until Plaintiff presented supplemental evidence as to actual losses, e.g., in the form of a licensing fee, and/or as to Defendants' profits due to the alleged violation. *Id.* at 12. The Order stated that "[a]ny further evidence shall be presented within 30 days of the issuance of this Order; provided, however, this is without prejudice to a request for additional time to gather and present such evidence based on the results of the reasonable efforts that have been made by Plaintiff within the 30-day period." *Id.* at 15. Neither evidence as to damages and fees nor a request for additional time to proffer that information was timely filed. Further, an Order issued on January 17, 2025, which continued the deadline for such filings to January 22, 2025. No filing has been made.

Accordingly, judgment as to liability is entered against Claudette Franco and Juan Carlos Franco, individually, and as officers, directors, shareholders, and/or principals of SoCal Tacos Br, Inc. and Socal Tacos Br, Inc. This judgment is entered without prejudice to a future motion to reopen the matter of what damages and fees, if any, should be awarded.

**IT IS SO ORDERED.**

Dated: January 28, 2025

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE